**Ronald McCLELLAN, Defendant/Appellant,**

v.

**STATE of Missouri, Plaintiff/Respondent.**

**No. 66087.**

Missouri Court of Appeals, Eastern District, Division One.

Feb. 28, 1995.

---

Talat Bashir, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

*ORDER*

PER CURIAM.

Movant appeals from the motion court's denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. Rule 84.16(b).